IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLIFTON DENEAN DORA, §
    Petitioner, §
 §
VS. § CIVIL ACTION NO.4:07-CV-261-Y
 §
NATHANIEL QUARTERMAN, Director, §
T.D.C.J., Correctional §
Institutions Division, §
    Respondent. §

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Clifton Denean Dora, along with the May 29, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until June 20, 2008, to file written objections to the findings, conclusions, and recommendation. The Court then granted Petitioner's motion for extension of time, and granted until July 11, 2008, for the petitioner to file written objections. As of the date of this order, however, no written objections have been filed. The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on May 29, 2008. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are hereby ADOPTED.

Clifton Denean Dora's petition for writ of habeas corpus is DENIED.

SIGNED July 22, 2008.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE